**KERR AUTO SALES, INC. v. Dennis BRAULT, K. Beth Brault and Roseline Brault, No. 60-78**

November 17, 1978. Appeal dismissed for failure to comply with the progress order of June 6, 1978.

**Ann M. UTLEY v. Bruce E. UTLEY, No. 267-78**

December 6, 1978. The order of the Rutland Superior Court does not come within the exceptions enumerated in V.R.C.P. 62(a). The appellant's Motion for Relief and Stay Pending Appeal is therefore denied.

Hill, J.

**STATE of Vermont v. Allard Henry MASHTARE, No. 340-78**

December 8, 1978. The above cause, an appeal from the November 22, 1978, order of Hon. Edward J. Costello, Presiding Judge, setting bail, upon review, at $2500.00 cash or solvent surety, came on for hearing before the undersigned Associate Justice on December 4, 1978, by agreement of the parties.

The State of Vermont was represented by Hon. David G. Miller, State's Attorney for the County of Franklin, and the defendant by Nicholas L. Hadden, Esq.

Upon consideration of the proceedings below pursuant to 13 V.S.A. § 7556(b), it is found that the order appealed from is supported by said proceedings, and the entry is:

The order appealed from, dated November 22, 1978, is affirmed. To be certified down forthwith.

Dated at Montpelier in the County of Washington this 8th day of December, 1978.

Larrow, J.

**STATE of Vermont v. George W. FISHER, Jr., No. 184-77**

December 12, 1978. Motion to Reinstate Appeal is denied for lack of jurisdiction.

**IN RE Oliver R. TUCKER, Jr., No. 285-77**

**In re Oliver F. Tucker, Sr., No. 286-77**

**In re Gladys Fuller, No. 287-77**

December 12, 1978. Motion to schedule oral argument concurrently is granted.